# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0327

VERSUS

WADE RYAN OSTARLY

**JUNE 15, 2026**

---

In Re:    Wade Ryan Ostarly, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          3336-F-2019.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the sentencing transcript, the bill of information, the relevant criminal court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before September 14, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT